JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAHTAB TAGHIPOURIAN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION, a Minnesota Corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. SACV13-01848 AG (JPRx)<br><br>**JUDGMENT** |

This action came on regularly for Trial on May 5, 2015, in Courtroom 10B in the United States District Court, Central District of California, Southern Division (Santa Ana), the Honorable Andrew J. Guilford presiding. Sean Vadhat, Esq. of the Law Offices of Sean S. Vahdat & Associates and Evan L. Ginsburg, Esq. of the Law Offices of Evan L. Ginsburg appeared as attorneys for Plaintiff, MAHTAB TAGHIPOURIAN. Benjamin R. Trachtman, Esq. of the law firm of Trachtman & Trachtman, LLP appeared as attorney for Defendant TARGET CORPORATION.

A jury of 8 persons was impaneled and sworn. Witnesses were sworn and testified. After hearing the evidence and the argument of attorneys, the jury was

-1-

**JUDGMENT**

instructed by the Court and retired to consider its verdict with directions to answer the questions on the Special Verdict.

After returning into the Court, the presiding juror gave the written jury verdict to the Court and the Court read into the record the following written verdict:

<u>Special Verdict Question 1</u>:   Was Target Corporation negligent?  Yes.

<u>Special Verdict Question 2</u>:   Was Target's negligence a substantial factor in causing harm to Plaintiff Mahtab Taghipourian? Yes.

<u>Special Verdict Question 3</u>:   What are Plaintiff Mahtab Taghipourian's damages, if any?

|   |   |   |   |
|---|---|---|---|
| A. | Past Medical Expenses | | $3,350.00 |
| B. | Future Medical Expenses | | $0 |
| C. | Past Non-Economic Loss, including physical pain/mental suffering | | $0 |
| E. | Future Non-Economic Loss, including physical pain/mental suffering | | $0 |
| | Total | | $3,350.00 |

<u>Special Verdict Question 4</u>:   Was Mahtab Taghipourian negligent? Yes.

<u>Special Verdict Question 5</u>:   Was Mahtab Taghipourian's negligence a substantial factor in causing her harm? Yes.

<u>Special Verdict Question 7</u>:   What percentage of responsibility for Mahtab Taghipourian's damages do you assign to:

| | |
|---|---|
| TARGET CORPORATION: | <u>60%</u> |
| MAHTAB TAGHIPOURIAN: | <u>40%</u> |
| **TOTAL:** | **100%** |

///

///

///

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that:

Plaintiff MAHTAB TAGHIPOURIAN recover from Defendant, TARGET CORPORATION, the amount of $2,010.00 (Two Thousand Ten Dollars and No Cents) less any and all expert fees and costs which may be recoverable by Defendant TARGET CORPORATION following its filing of a Bill of Costs and/or Motion For Costs pursuant to California *Code of Civil Procedure* § 998.

Dated: May 27, 2015    _____
　　　　　　　　　　　　　　　　Hon. Andrew J. Guilford
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

**JUDGMENT**

## PROOF OF SERVICE
## FRCP 5

**State of California**    )
                              ) ss.
**County of Orange**    )

    I, Stephanie Straka, the undersigned, am over the age of 18 years and not a party to this action. I am employed with the law firm of Trachtman & Trachtman, LLP, whose address is 23046 Avenida De La Carlota, Suite 300, Laguna Hills, California 92653.

    On May 12, 2015, I served the interested parties in this action with the following documents:

### [PROPOSED] JUDGMENT

as follows:

| [X] **_BY ELECTRONIC TRANSMISSION_**: | Sean Sasan Vahdat, Esq.<br>sean@vahdatlaw.com<br><br>Evan L. Ginsburg, Esq.<br>Elg440@aol.com |
|---|---|
| I caused such document to be electronically transmitted via United States District Court, Central District of California, which is then printed and maintained with the original documents in our office. | |

    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

    Executed on May 12, 2015, at Laguna Hills, California.

                                        */s/ Stephanie Straka*

                                        Stephanie Straka, Declarant

**JUDGMENT**